

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-24,732-03

**EX PARTE EARL CHARLES MARTIN, JR., Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. W90-32432-H(C) IN THE CRIMINAL DISTRICT COURT NO. 1
FROM DALLAS COUNTY**

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to the offense of aggravated sexual assault of a child, and originally received deferred adjudication community supervision. His guilt was later adjudicated and he was sentenced to imprisonment for ten years.

On April 27, 2016, and May 3, 2016, two orders designating issues were signed by the trial court. Although both orders were timely signed, the district clerk properly forwarded the habeas record to this Court on the 181st day after the State was served with the habeas application. It appears, however, that the trial court intended to further investigate Applicant's claims. Therefore,

we remand this application to the Criminal District Court No. 1 of Dallas County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 60 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 90 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: November 16, 2016
Do not publish